

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| EX PARTE: ANNA KNELSEN, | § | No. 08-13-00013-CR |
| Appellant. | § | Appeal from the |
|  | § | Criminal District Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20060D02425) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **February 12, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 12, 2014.

IT IS SO ORDERED this 5th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.